IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE CARSTARPHEN, SR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 16-0368-CG-N |
| CARR ALLISON LAW FIRM, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that all claims are hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 18th day of October, 2016.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE